IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40206
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DWANE RAYMOND SIMS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:99-CR-60-1
--------------------
December 14, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Dwane Raymond Sims has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Sims has received a copy of counsel's motion and brief, and, in response, has filed a motion for appointment of counsel. Our independent review of counsel's brief, Sims' motion, and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

CIR. R. 42.2. Further, Sims' motion for appointment of counsel is DENIED. <u>See</u> Fifth Circuit Plan under the Criminal Justice Act, §§ 2, 3.